UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.C. DAVIS, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-01869-DC-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 2, 4, 7) |

　　　　Plaintiff Phyllis Mitchell is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 2, 2025, Plaintiff filed a complaint and motion to proceed *in forma pauperis*. (Doc. Nos. 1, 2.) On September 3, 2025, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 4.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed. On October 3, 2025, Plaintiff filed a second motion to proceed *in forma pauperis*. (Doc. No. 7.)

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The findings and recommendations filed on September 3, 2025 (Doc. No. 4) are

1

1 | ADOPTED IN FULL;

2. Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 2, 7) are DENIED;

3. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 3, 2026**__

Dena Coggins
United States District Judge

2